IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SUSAN WELCHLY and ASHLEY SUMMERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVENUE BANK<br><br>Defendant. | CASE NO.: 3:13-CV-00775<br><br>CHIEF JUDGE HAYNES, JR. |

**JOINT MOTION TO STAY PROCEEDING AND POSTPONE CASE MANAGEMENT CONFERENCE PENDING RULING ON AVENUE BANK'S DISPOSITIVE MOTION**

*[Handwritten annotation: ORDER / The motion is GRANTED / (signature) 9-23-13]*

Plaintiffs Susan Welchly and Ashley Summers ("Plaintiffs") and Defendant Avenue Bank hereby jointly move the Court to postpone the case management conference currently scheduled for September 23, 2013, at 2:00 [Dkt. No. 3], and temporarily stay the entirety of this proceeding pending resolution of Avenue Bank's Motion to Dismiss, for Judgment on the Pleadings and to Strike Jury Demand [Dkt. No. 12]. In support of this Motion, the Parties state that a postponement of the case management conference and stay at this time will save the Court's and the parties' time and resources. If the Court grants Avenue Bank's Motion, the deadlines that would be set during the case management conference will be unnecessary. Likewise, if the Court denies the Motion, the timing of when the Court rules and any narrowing of the issues that may result from the ruling, may affect the deadlines. The parties suggest that it would be more efficient for the Court and the parties to set the case management conference and proceed with discovery, if necessary, after the Court rules on Avenue Bank's Motion.

WHEREFORE, the parties jointly respectfully request that the Court enter an order