IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSAN WELCHLY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:13-cv-00775 |
| v. ) | Chief Judge Haynes |
| ) | |
| AVENUE BANK, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Initial Case Management Conference in this matter is reset for **January 10, 2014 at 2:00 p.m**.

It is so **ORDERED**.

**ENTERED** this the 11th day of December, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court