IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSAN WELCHLY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:13-cv-00775 |
| | ) Chief Judge Haynes |
| AVENUE BANK, | ) |
| Defendant. | ) |

**ORDER**

The Initial Case Management Conference in this matter is reset for **January 10, 2014 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 11th day of December, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court