IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SUSAN WELCHLY and ASHLEY SUMMERS, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) CASE NO.: 3:13-CV-00775 ) |
| v. | ) CHIEF JUDGE HAYNES, JR. ) |
| AVENUE BANK | ) ) |
| Defendant. | ) |

**DEFENDANT AVENUE BANK'S MOTION TO DISMISS, FOR JUDGMENT ON THE PLEADINGS AND TO STRIKE JURY DEMAND**

Defendant Avenue Bank respectfully moves the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 12(c), to enter judgment in its favor and to dismiss Plaintiffs' claims against it with prejudice. In support of its Motion, Avenue Bank states that it is entitled to judgment on the pleadings under Fed.R.Civ.P. 12(c) based on the Complaint and Verified Answer, which establish that Plaintiffs' claims are moot and that Plaintiffs lack standing. Additionally, Plaintiffs' claims fail to state a claim upon which relief may be granted under Fed.R.Civ.P. 12(b)(6). Finally, if the Court deems dismissal inappropriate, the Court should strike their jury demand because their claims are for declaratory judgment and injunctive relief, which are not appropriate for a jury. Avenue Bank respectfully submits the accompanying Memorandum of Law in support of this Motion and a Proposed Order.

*[Handwritten order in margin:]* ORDER In light of Amended Complaint, this motion is DENIED as moot. In light of the parties settlement talks, the Defendant's motion to dismiss (D/E No. 26) is DENIED without prejudice. Whenever, if the parties do not settle, the Defendant may renew its motion by incorporating by reference its earlier motion papers. /s/ [signature] 12-18-13

1

1/2530157.2